## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Richard T. Lammert,

    Plaintiff,

    v.

National Surety Corporation, Chubb Limited, ABC Corporation, and DEF Corporation,

    Defendants.

Cause No. 4:18-cv-1993

Removed from the Circuit Court of St. Louis County, Missouri
Cause No. 18SL-CC03717

JURY TRIAL DEMANDED

### NOTICE TO PLAINTIFF OF REMOVAL

COME NOW, Defendants, National Surety Corporation and Chubb Limited, by and through the undersigned counsel, and hereby give notice that they have removed the above-captioned action to the United States District Court for the Eastern District of Missouri.

BROWN & JAMES, P.C.

*/s/ Robert L. Brady*
Robert L. Brady, #47522MO
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400 - PH
314-421-3128 – Fax
rbrady@bjpc.com
***Attorneys for Defendants National Surety Corporation and Chubb Limited***

## **CERTIFICATE OF SERVICE**

      A true and accurate copy of the foregoing was filed electronically with the Clerk of Court and to be served via email this 28th day of November, 2018, to:

Paul N. Rechenberg, Esq.
Elizabeth A. Rechenberg, Esq.
RECHENBERG LAW, LLC
215 Chesterfield Business Parkway
Chesterfield, MO 63005
***Attorneys for Plaintiff***

                                                        */s/ Robert L. Brady*